**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

CHAMBERS OF
STEPHANIE A. GALLAGHER
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780

January 28, 2020

LETTER TO COUNSEL

RE: *Perdue Farms Inc., et al. v. National Union Fire Insurance Co.*,
Civil No. SAG-19-1550

Dear Counsel:

I have reviewed the parties' sixty-plus pages of briefing (counting the proposed surreply, but not including the dozens of pages of exhibits) on the simple issue of a proposed extension to the fact discovery deadline. ECF Nos. 17, 19, 20, 23. Given the existence of an ongoing discovery dispute between the parties, and the lack of any other imminent deadlines, the instant motion appears to be a clear example of pettifogging. On or before **January 31, 2020,** the parties should file either 1) a joint update as to the status of their progress towards resolving their discovery dispute without Court involvement, or 2) National Union's Motion to Compel. If the Motion to Compel is filed, the case will be referred to a Magistrate Judge to adjudicate the Motion to Compel and this related scheduling motion.

Despite the informal nature of this letter, it should be flagged as an Opinion and docketed as an Order.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge